

# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA; et seq.
**Plaintiff (Petitioner)**

v.

JAMES P. ONEILL; et al.
**Defendant (Respondent)**

CASE and/or DOCKET No.: 2:18-CV-02255-JHS

Sheriff's Sale Date: _____

## AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: COMPLAINT**

I, SHANNON BECKIER, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served JAMES P. ONEILL the above process on the 2 day of September, 2018, at 6:39 o'clock, P.M, at 3404 Brighton Street PHILADELPHIA, PA 19149, County of Philadelphia, Commonwealth of Pennsylvania:

**Manner of Service:**

☑ By handing a copy to the Defendant(s)

Description: Approximate Age **41-45**  Height **5'9**  Weight **280**  Race **WHITE**  Sex **MALE**  Hair **BROWN**
Military Status: ☑ No  ☐ Yes  Branch: _____

Commonwealth/State of **Pa**          ) SS:
County of **Berks**                   )

Before me, the undersigned notary public, this day, personally, appeared **Shannon Beckier** to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_(Signature of Affiant)_

File Number: USA-182025
Case ID #: 5283781

Subscribed and sworn to before me
this **5** day of **Sept**, 20**18**.

_Notary Public_

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Twp., Berks County
My commission expires November 18, 2021